FILED
GREAT FALLS

2008 APR 16  AM 8 33

PATRICK E. DUFFY, CLERK
BY _____
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BUTTE DIVISION

| | |
|---|---|
| JAMES D. BINGMAN,<br><br>                    Petitioner,<br><br>vs.<br><br>MIKE MAHONEY, Warden Montana State Prison, and the ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>                    Respondents. | No. CV-06-90-BU-SEH<br><br>**ORDER** |

On February 4, 2008, United States Magistrate Judge Keith Strong entered his Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

---

[1] Document No. 19

ORDERED:

1. The Petition for Writ of Habeas Corpus[2] is DISMISSED with prejudice.

2. A certificate of appealability is DENIED because the claims asserted in the Petition fail to allege a violation of federal law. 28 U.S.C. § 2254(a).

3. The Clerk of Court is directed to enter judgment accordingly.

DATED this 15th day of April, 2008.

*[signature: Sam G. Haddon]*

SAM E. HADDON
United States District Judge

---

[2] Document No. 17